JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO,<br><br>   Plaintiff,<br><br>v.<br><br>5TH & LA, A JOINT VENTURE, a California General Partnership, et al.,<br><br>   Defendants. | Case No. CV 19-10636 AB (SSx)<br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 21, 2020      _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.